THE STATE OF OHIO, APPELLEE, *v.* EADS, APPELLANT.

[Cite as *State v. Eads* (1995), 73 Ohio St.3d 320.]

(No. 95–146—Submitted April 24, 1995—Decided August 23, 1995.)

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, and *Karen L. Johnson,* Assistant Prosecuting Attorney, for appellee.

*Daniel Eads, pro se.*

———————

*Per Curiam.* We affirm the judgment of the court of appeals for the reasons stated in its opinion.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.